GEORGE McM. GODLEY, as Executor of ELIZABETH McM. GODLEY, Deceased, Respondent, *v.* CRANDALL & GODLEY COMPANY, Appellant.

*Equity — action to impress lien for counsel fees and disbursements upon amount directed to be paid to corporation in stockholder's action.*

*Godley* v. *Crandall & Godley Co.*, 193 App. Div. 944, affirmed.

(Argued March 6, 1922; decided March 21, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was instituted by the plaintiff's testatrix, Elizabeth McM. Godley, against the defendant, to recover expenses alleged to have been incurred by her by way of counsel fees and disbursements in the prosecution of a stockholders' action in behalf of herself and all other stockholders of the Crandall & Godley Company similarly situated against said company and one Lyman F. Pettee, its president, director and controlling stockholder, and others, in which action a judgment was rendered against

the defendants which in form directed the payment into the treasury of the company of the sum of $360,410.02. As originally drawn, the complaint demanded a money judgment only for the amount claimed. But at the trial, upon the defendant moving to send the cause to the jury side of the court, the plaintiff amended the prayer of the complaint so as to demand equitable relief. The equitable relief demanded was that it be decreed that the plaintiff have an equitable lien upon the moneys paid to the defendant pursuant to the judgment in said former suit for her counsel fees and expenses and for a personal judgment against the defendant in the event of the dissipation of the moneys so recovered by the defendant in whole or in part.

*Edgar T. Brackett* and *James J. Allen* for appellant.

*W. Russell Osborn* and *David Bennett King* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and CRANE, JJ. Dissenting: McLAUGHLIN, J. Not voting: ANDREWS, J.